IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SUSAN GIDNEY                                                              PLAINTIFF

v.                                Case No. 5:13-CV-05061

NORTHWEST ARKANSAS COMMUNITY
COLLEGE BY AND THROUGH THE BOARD
OF TRUSTEES; REBECCA PANEITZ, President,
in her official and personal capacities; and
WENDI CADLE, Director of Human Resources,
in her official and personal capacities                             DEFENDANTS

## JUDGMENT

For the reasons set forth in the Court's Opinion and Order entered this date, IT IS HEREBY ORDERED AND ADJUDGED that Defendants Northwest Arkansas Community College, Rebecca Paneitz, and Wendi Cadle's Motion for Summary Judgment (Doc. 14) is GRANTED. This case is accordingly DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 29th day of May, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE